```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 10-23255-CIV-LENARD
                              MAGISTRATE JUDGE P.A. WHITE

ANGEL RODRIGUEZ,          :

     Petitioner,          :
                                   REPORT RECOMMENDING TRANSFER
v.                        :               OF VENUE
                                         28 U.S.C. §2254
WALTER MCNEIL,            :

     Respondent.          :
_____
```

This Cause is before the Court upon a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. The petition attacks a conviction entered in the Circuit Court of the 18th Judicial Circuit of Florida, at Brevard County.

A federal habeas corpus petition such as this may be filed in the District in which the State Court which convicted the petitioner is located or in the District where he is confined. 28 U.S.C. §2241(d).

The Middle District, where the petitioner was convicted and where the records pertaining to this conviction are located, is the appropriate venue for this petition, and it is recommended that this case be transferred to that District.

Objections to this Report may be filed within fourteen days following receipt.

Dated this 20th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Angel Rodriguez, Pro Se
    E15524
    Dade CI
    Address of record